JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDEST MCKINNEY,<br><br>          Petitioner,<br><br>     vs.<br><br>FRED FOULK, Warden,<br><br>          Respondent. | Case No. CV 12-7452-GAF (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 1, 2014

_____
GARY A. FEESS
U.S. DISTRICT JUDGE

**JS-6**